KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (RC 6062)
Marc Kieselstein (admitted pro hac vice)
David R. Seligman (admitted pro hac vice)
Edward O. Sassower (ES 5823)
Jeffrey S. Powell (admitted pro hac vice)
Stephen E. Hessler (admitted pro hac vice)

Counsel for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: <br><br> Calpine Corporation, et al., <br><br> Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 05-60200 (BRL) <br> ) Jointly Administered <br> ) |

### NOTICE OF APPEAL

Calpine Corporation ("Calpine") and its affiliated debtors and debtors in possession (the "Debtors"), pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8001(a)(1), hereby appeal to the United States District Court for the Southern District of New York, the following Order of this Court:

> Memorandum Decision and Order Granting, in part, Debtors' Motion for an Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, entered March 5, 2007 (Docket No. 3875) (the "Memorandum Decision and Order").

The names of the parties in interest to the Memorandum Decision and Order, and the names, addresses, and telephone numbers of their respective counsel, to the extent known, are as follows:

| **Party** | **Counsel** |
|---|---|
| Calpine Corporation, et al. (Debtors) | Richard M. Cieri<br>Marc Kieselstein<br>David R. Seligman<br>Edward O. Sassower<br>Jeffrey S. Powell<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY  10022-4611<br>(212) 446-4800 |
| The Bank of Nova Scotia, as Administrative Agent | Richard G. Mason<br>Joshua A. Feltman<br>Emil A. Kleinhaus<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York  10019-6150<br>(212) 403-1000 |
| Wilmington Trust FSB, as Indenture Trustee | Amanda D. Darwin<br>Victor G. Millione<br>Richard C. Pedone<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts  02110<br>(617) 345-1000<br><br>- and –<br><br>Christopher M. Desiderio<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000 |

| | |
|---|---|
| Wilmington Trust Company, as Collateral Agent<br>Wilmington Trust Company, as Administrative Agent | Amanda D. Darwin<br>Victor G. Millione<br>Richard C. Pedone<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000<br><br>– and –<br><br>Christopher M. Desiderio<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000 |
| HSBC Bank USA, National Association, as Indenture Trustee | Mark I. Bane<br>Mark R. Somerstein<br>David S. Elkind<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>(212) 596-9000 |
| The Bank of New York, as Administrative Agent | Mark I. Bane<br>Mark R. Somerstein<br>David S. Elkind<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>(212) 596-9000 |
| Manufacturers & Traders Trust Company, as Indenture Trustee | Martin J. Bienenstock<br>George A. Davis<br>Penny P. Reid<br>Christopher Marcus<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>(212) 310-8000 |

| | |
|---|---|
| Credit Suisse, as proposed Replacement DIP Facility Administrative Agent | Peter V. Pantaleo<br>David J. Mack<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York  10017<br>(212) 455-2220 |
| Official Committee of Unsecured Creditors | Michael S. Stamer<br>Philip C. Dublin<br>Fred S. Hodara<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, New York  10022-2524<br>(212) 872-1000 |
| Official Committee of Equity Security Holders | Gary L. Kaplan<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, New York  10004<br>(212) 859-8812 |
| Unofficial Committee of Second Lien Debtholders of Calpine Corp. | Andrew N. Rosenberg<br>Elizabeth R. McColm<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York  10019-6064<br>(212) 373-3000 |

Dated: March 14, 2007
      New York, New York

Respectfully submitted,

/s/ Richard. M. Cieri
Richard M. Cieri (RC 6062)
Marc Kieselstein (admitted pro hac vice)
David R. Seligman (admitted pro hac vice)
Edward O. Sassower (ES 5823)
Jeffrey S. Powell (admitted pro hac vice)
Stephen E. Hessler (admitted pro hac vice)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Counsel for the Debtors